UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| Jacqueline Darlene Greene, | Court File No. 07-CV-153 |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Standard Insurance Company, | |
| Defendant. | |

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice. (Filing No. 13). The Court has considered the motion and finds that it satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Based upon the stipulation of the parties,

IT IS ORDERED:

1. The Stipulation of Dismissal (Filing No. 13) is approved, and the relief requested therein shall be granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties shall pay their own costs and attorney fees unless otherwise agreed in writing by and between them.

Dated this 3rd day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge